UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                Case No. 01-80527
                                                      Honorable Victoria A. Roberts
                                                      Magistrate Paul J. Komives

STEVEN SIMMONS

       Defendant.
_____

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On October 26, 2005, Magistrate Judge Paul J. Komives submitted a Report and Recommendation [Doc. 47] recommending that the Court Deny Defendant's Motion to Suppress Evidence [Doc. 14].

Because the Court has not received objections from either party within the time frame provided for in 28 USC § 636(b)(1) and E.D. Mich. LR 72.1(d)(3), the Court adopts the Magistrate Judge's Report and Recommendation. The Court, therefore, **DENIES** Defendant's Motion to Suppress Evidence.

       **IT IS SO ORDERED.**

                                                       s/Victoria A. Roberts
                                                       Victoria A. Roberts
                                                       United States District Judge

Dated: November 22, 2005

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on November 22, 2005.

s/Linda Vertriest
Deputy Clerk